## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

MELANIE DAVIS,

                    Plaintiff,                                    8:18-CV-450

vs.

HEBEL PROPERTIES, LLC,                                    JUDGMENT

                    Defendant.

Pursuant to the parties' joint Stipulation for Dismissal (filing 14), this case is dismissed with prejudice, each party to pay their own costs.

Dated this 14th day of March, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge